■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CUMBERLAND, Appellant. [30 NYS3d 824]—Judgment of resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered July 19, 2012, imposing an aggregate term of five years' postrelease supervision as to certain convictions, unanimously affirmed.

The resentencing proceeding imposing terms of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]; *see also People v Brinson*, 21 NY3d 490 [2013]). Concur—Mazzarelli, J.P., Andrias, Richter, Manzanet-Daniels and Kahn, JJ.